NUMBER
13-09-00432-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

MARGARITA VARGAS DE
LA ROSA,                                      Appellant,

 

                                                             v.

 

FRANCISCO DE LA ROSA,
JR.,                                                   Appellee. 

 ____________________________________________________________

 

                          On
appeal from the 332nd District Court 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

         Before Chief Justice Valdez and Justices Rodriguez and Benavides

Memorandum Opinion
Per Curiam

                                                                  








The
appellant's brief in the above cause was originally due on January 6, 2010. 
Appellant has previously requested and received nine prior extensions of time
to file the brief.  On December 21, 2010, this Court ordered the appellate
brief to be filed on or before January 10, 2011.  The order notified counsel
that no further extensions would be granted and that if the brief was not filed,
the appeal was subject to dismissal for want of prosecution under Texas Rule of
Appellate Procedure 38.8(a)(1), unless appellant reasonably explained the
failure and the appellee was not significantly injured by the appellant's
failure to timely file a brief.  

Instead
of filing the brief, counsel filed a ninth motion for extension of time to file
the brief.  The Court granted the motion and ordered the brief to be filed no
later than February 22, 2011.  The order notified counsel that if he failed to
file the brief, he would be ordered to show good cause.  To date no response
has been received from appellant and the brief has not been filed.  

Appellant
has failed to file her brief.  Accordingly, the appeal is DISMISSED FOR WANT OF
PROSECUTION.  See Tex. R. App. P.
38.8(a), 42.3(b)(c).

 

PER CURIAM

Delivered and filed the 

24th day of March, 2011.